# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 2, 2018

### NO. 03-16-00854-CV

**Francis Campone and Sai Temple of Spiritual Healing, Inc., Appellants**

**v.**

**Steven Kline and Fay Kline a/k/a Phaedra Kline, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE BOURLAND**

This is an appeal from the order granting defendants' joint motion to dismiss signed by the trial court on November 29, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order granting defendants' joint motion to dismiss. Therefore, the Court reverses the dismissal of the claim against Steven grounded in the Michelson conversation and the trial court's award of attorney's fees; we affirm the trial court's dismissal of the claims against Fay and the claims against Steven other than the one arising out of the Michelson conversation. We remand the cause to the trial court for further proceedings consistent with this Court's opinion. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.